UNITED STATES DISTRICT COURT    JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 12-6049-JFW (CWx)**                                Date:  August 17, 2012

Title:    Bonnie Burt -v- Kindred Healthcare Operating Inc., et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                  None                                                                            None

**PROCEEDINGS (IN CHAMBERS):**     ORDER REMANDING ACTION TO LOS ANGELES SUPERIOR COURT

On January 26, 2012, Plaintiff Bonnie Burt ("Plaintiff") and four others filed a Complaint in Los Angeles Superior Court against Defendants Kindred Healthcare Operating, Inc., and Kindred Healthcare, Inc. (collectively, the "Kindred Defendants"). On April 5, 2012, the Kindred Defendants removed the action to this Court. On May 14, 2012, at the New Case Status Conference, the Court ordered the plaintiffs to file five separate actions. Subsequent to May 14, 2012, but prior to Plaintiff filing her Complaint on July 13, 2012, Plaintiff discovered that there were additional entities and individuals that should be named as defendants and, thus, Plaintiff named these additional entities and individuals as defendants when she filed her Complaint on July 13, 2012.[1]

However, it is undisputed that the addition of these additional defendants destroys diversity. Therefore, this Court no longer has subject matter jurisdiction over this action. Accordingly, this action is **REMANDED** to Los Angeles Superior Court for lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447(c), (e).

IT IS SO ORDERED.

---

[1] To the extent Plaintiff should have sought leave to add these additional defendants prior to filing her Complaint, the Court, having considered these amendments pursuant to Federal Rule of Civil Procedure 15 and 28 U.S.C. § 1447(e), hereby grants Plaintiff leave to add these additional defendants.

Initials of Deputy Clerk __sr__